**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-2192**

———————

In re:  TRAVIS DENORRIS ARNOLD,

                    Petitioner.

———————

On Petition for Writ of Mandamus
(Nos. 1:08-cr-00322-TDS-1; 1:10-cv-00892-TDS-JEP)

———————

Submitted:  December 19, 2013        Decided:  December 23, 2013

———————

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Travis Denorris Arnold, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis DeNorris Arnold petitions for a writ of mandamus seeking an order to permit him to file for relinquishment of citizenship and government-issued identification and to withdraw all allegiances to the United States. We conclude that Arnold is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Mandamus may not be used as a substitute for appeal. In re Lockheed Martin Corp., 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Arnold is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2